UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SUSAN V. WILLIAMS, M.D. and           )
R. BRUCE WILLIAMS, M.D.,               )
                        Plaintiffs,           )
                                )
v.                                     )
                                )  **JUDGMENT**
ZIMMER US INC., ZIMMER INC.,           )  No. 5:14-CV-468-F
ZIMMER HOLDINGS, INC., ZIMMER          )
SPINE, INC., JENNIFER CHEWNING,        )
LOUISE YORK, PIONEER SURGICAL          )
TECHNOLOGY, INC., RTI SURGICAL,        )
INC. And HOWARD DYER,                  )
                       Defendants.           )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Remand [DE-31] is DENIED; the Motions to Dismiss [DE-27,-39,-54] are ALLOWED; the Motion to Add Party Defendant [DE-43] and the motions to file supplemental briefings [DE-50,-53] are DISMISSED AS MOOT. The plaintiffs' Amended Complaint [DE-1-1] is DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 14, 2015, and Copies To:**
Kim K. Shaftner (via CM/ECF electronic notification)
Joshua B. Fleming (via CM/ECF electronic notification)
Paul J. Osowski (via CM/ECF electronic notification)
Stephen D. Martin (via CM/ECF electronic notification)
Vanessa A. Davis(via CM/ECF electronic notification)
Courtney C. Britt (via CM/ECF electronic notification)
J. Matthew Little (via CM/ECF electronic notification)
Leslie C. Packer (via CM/ECF electronic notification)
Nora F. Sullivan (via CM/ECF electronic notification)
Michael T. Medford (via CM/ECF electronic notification)

DATE                                JULIE RICHARDS JOHNSTON, CLERK
July 14, 2015                  /s/ Jacqueline B. Grady
                                  (By) Jacqueline B. Grady, Deputy Clerk